JASON M. FRIERSON
United States Attorney
Nevada Bar No. 7709
EDMUND DARCHER
Special Assistant United States Attorney
6401 Security Blvd.
Baltimore, MD 21235
Telephone: 206-615-2662
Email: edmund.darcher@ssa.gov

Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| AMANDA ELIZABETH COPELAND, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>KILOLO KIJAKAZI, )<br>Acting Commissioner of Social Security, )<br>)<br>Defendant. )<br>)<br>_____ ) | Case No. 2:22-cv-02178-VCF<br><br>**UNOPPOSED MOTION FOR EXTENSION OF TIME (FIRST REQUEST)** |

     Defendant, the Acting Commissioner of Social Security, respectfully requests that the Court extend the time for Defendant to respond to Plaintiff's Motion for Reversal and/or Remand (Dkt. No. 16, filed on March 30, 2023), currently due May 1, 2023, by 30 days, through and including May 31, 2023.

     This is Defendant's first request for an extension of time. Good cause exists for this extension. Based on Defendant's undersigned counsel's review of the record, he is in the process of contacting the client agency to explore settlement options on this case. Once he receives a response from the client, the undersigned will need additional time to consult with Plaintiff's counsel, and to prepare and file a responsive brief absent settlement.

Today, April 26, 2023, the undersigned conferred with Plaintiff's counsel, who has no opposition to the requested extension.

It is therefore respectfully requested that Defendant be granted an extension of time to respond to Plaintiff's Motion for Reversal and Remand, through and including May 31, 2023.

Dated: April 26, 2023

Respectfully submitted,

JASON M. FRIERSON
United States Attorney

*/s/ Edmund Darcher*
EDMUND DARCHER
Special Assistant United States Attorney
Attorneys for Defendant

IT IS SO ORDERED:

_____
HON. CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE

DATED: 4-26-2023 _____

2